U.S. Federal District Court
Office of the Clerk
One Exchange Terrace
Providence, RI 02920

August 9, 2005

Re: July 8, 2005 correspondence, with **attached June 6, 2005 letters, and attached June 29, 2005 follow-up letter.**

Dear Clerk:

On July 8, 2005, Petitioner filed a "Motion to Enlarge Time" to file his "Objection to U.S. Magistrate Judge Jacob Hagopian's July 1, 2005 Report and Recommendation to dismiss Petitioner's Petition for Writ of Habeas Corpus." (July 8, 2005 Cover-letter enclosed herein.) The above noted motion was granted by the Court with a deadline date of August 12, 2005, however, the Court failed to respond to the inquiries made in the second (2nd) paragraph of the enclosed July 8, 2005 cover-letter, regarding the refiling of two (2) seperate memorandums in C.A.No.04-527L. Notably, the July 8, 2005 cover-letter also included the two (2) seperate June 6, 2005 refiling letters as well as a second (2nd) letter of inquiry dated June 29, 2005.

I have enclosed herein, the July 8, 2005; (2) June 6, 2005; and the June 29, 2005 follow-up letters for your reference. I am once again, requesting the Court to acknowledge the receipt of my two (2) memorandums described within those letters, related to my pending petition in C.A.No.04-527L. Specifically, the memorandums were not listed in a recent Docket History Report after the U.S. Magistrate issued a Report and Recommendation to dismiss my petition in that case. I am requesting those memorandums, as I did in the above noted correspondence, to be put before the Senior Justice of the Court, the Honorable Senior Judge Ronald Lagueux for his consideration before a final ruling on the merits of my petition.

Please send me a response to the receipt of the above. I hope this letter is clear and comprehensable that I may finally get an answer to my concerns.

Sincerely

Normand Bedford

**Cc: file**

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

U.S. Federal District Court
Office of the Clerk
One Exchange Terrace
Providence, RI 02903

July 8, 2005

Re: Filing of Motion to Enlarge Time
Normand Bedford v. A.T. Wall,
Director of the R.I. Department
of Corrections, ATTORNEY GENERAL
FOR THE STATE OF RHODE ISLAND.

C.A.No.05-095L

Dear Clerk:

Please file the enclosed "Motion to Enlarge Time" accordingly. In addition, please change my P.O. Box to 8273, from the old P.O. Box 8274. I have been receiving my legal mail late, because it was being forwarded to the incorrect address.

Thank you for your time in these matters. Also, I have not received a response to my two (2) letters filed on June 6, 2005, concerning the re-filing of memorandums that were never recorded in the Docket History Sheet for that case. I have enclosed the two (2) letters herein. Please send me an answer to the inquiries made therein, and see that the same is considered by the Court, as there has not been a final ruling thereof. Case No.04-527L. Thank you again. There was also a June 29, 2005 follow-up letter, also, enclosed herein.

Sincerely

Normand Bedford
P.O. Box 8273
Cranston, RI 02920
Normand Bedford (Pro se)

Cc: Enclosures sent to:

R.I. Attorney General's Office
Mr. Aaron L. Weisman, Esquire
150 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v. C.A.No.05-095L

A.T. WALL, Director of the
R.I. Department of Corrections
ATTORNEY GENERAL FOR THE STATE
OF RHODE ISLAND
(Respondents)



**PETITIONER'S MOTION TO ENLARGE TIME**

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for an "Enlargement of Time to file an Objection to U.S. Magistrate Judge Hagopian's July 1, 2005 Report and Recommendation to dismiss Petition for Writ of Habeas Corpus." Petitioner submits that he did not receive the R+R until July 7, 2005, due to this Court's error in mailing the same to Petitioner's old P.O. Box 8274, which is the Medium Security Facility. Petitioner is now in Maximum Security. The correct P.O. Box is 8273. Petitioner respectfully requests that his time to enlarge be extended to August 12, 2005, or twenty-five (25) days. Therefore, it is hereby prayed that the instant motion be granted.

Respectfully submitted

Normand Bedford

## Certification

I hereby certify, that I caused a true copy of the within Motion to Enlarge Time to file Objection to U.S. Magistrate Judge Jacob Hagopian's Report and Recommendation to dismiss Petition for Writ of Habeas Corpus dated July 1, 2005, to be mailed, postage prepaid, this **8th** day of **July** ,2005 to:R.I. Attorney General's Office, Mr. Aaron L. Weisman, Esquire, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

U.S. FEDERAL DISTRICT COURT
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

June 6, 2005

C.A. No. 04-527L

Re: Refiling of Rebuttal Memorandum with its exhibits to Respondents Motion to Dismiss Petition. NORMAND BEDFORD v. A.T. Wall, Director of the R.I. Dept. of Corrections, et al.

Dear Clerk:

Please file the enclosed Rebuttal Memorandum with its exhibits. The same is dated March 9, 2005 I am refiling the above after discovery that the docket history report fails to record the material, in light of a history of mail tampering and theft within the R.I. Dept. of Corrections Maximum Security Facility.

The above is in "reference" to docket 12, as "Motion to Dismiss," by RIDOC. Please forward me a copy of the Court's stamp of receipt to the above. Thank you

Sincerely Normand Bedford

P.O. Box 8273
Cranston R.I. 02920

June 6, 2005

U.S. FEDERAL DISTRICT COURT
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

C.A. No. 04-527L

Re: Refiling of Objection to R+R.
NORMAND BEDFORD v. A.T. Wall, Director of the R.I. Dept. of Corrections, et al.

Dear Clerk:

Please refile the enclosed ~~Repor~~ Objection to U.S. magistrate Judge Hagopian's 3-31-2005 Report and Recommendation to dismiss Petition.

Petitioner is refiling the Objection, dated April 26, 2005, with it's attached exhibits A+B. Petitioner received his docket history report and apparantly, the R.I. Dept. of Corrections has stolen his Objection out of the interdepartmental mail-box. Other legal material has also been discovered stolen.

Therefore, please forward a copy of the Court's stamp of receipt to the enclosed. thank you.

Sincerely Normand Bedford
P.O. Box 8273
Cranston RI

U.S. FEDERAL DISTRICT COURT
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

June 29, 05

C.A. No. 04-527L

Re: Inquiry of re-filed legal Pleadings with two (2) new cover letters dated June 6, 2005. (Enclosed) Normand Bedford v. A.T. Wall, Director, R.I. Dept. of Corrections, et. al.

Dear Clerk of Court:

Enclosed are two (2) letters that were mailed to this Court with addition-memoranda, all of which, was the re-filing of Pleadings, that were discovered "not filed" according to docket history. Evidence of mail tampering and theft has been discovered involving R.I. Dept. of Corrections Maximum Security Officials. However, the enclosed letters are copies of a second original that was written verbatim, and therefore, "does not" contain what was re-filed on June 6, 2005. Please note that

in the enclosed June 6, 2005 letters, there was a request to forward a copy with the Court's stamp of receipt, to me. Please inform me of the receipt of that material.

Also, since the Court never received my "Objection to U.S. Magistrate Jacob Hagopians, March 31, 2005 R+R" until I refiled it on June 6, 2005, the Court Justice should examine the facts therein, before a final determination on the merits of my Petition under case 04-527L. The same is true of my refiled Rebuttal Memorandum and exhibits, both of which are decribed in the enclosed June 6, 2005 letters.

Please send me a copy of this letter with the Court's stamp of receipt, and an acknowledgment of the receipt of my refiled material. Thank you.

Sincerely Normand Bedford

P.O. BOX 8273
CRANSTON, RI
02920