UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMAND BEDFORD | ) | |
| | ) | |
| v. | ) | C.A. No. 04-527L |
| | ) | |
| A.T. WALL | ) | |

O R D E R

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian, dated March 31, 2005, is accepted and adopted, pursuant to Title 28, United States Code, Section 636(b)(1).

Therefore, the defendant's motion to dismiss this action hereby is granted.

ENTER:

Ronald R. Lagueux
Senior Judge
August 15, 2005

By Order,

Deputy Clerk
8/17/05