UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Normand Bedford<br>Plaintiff,<br><br>v.<br><br>A.T. Wall<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-527L |

# JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant A.T. Wall against the plaintiff Normand Bedford, in accordance with the Court's Order dated 8/15/05 granting the defendant's motion to dismiss.

Deputy Clerk
August 17, 2005