UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.
(Respondent(s)

**PETITIONER'S NOTICE OF APPEAL**

Now comes Petitioner/Plaintiff, Normand Bedford, in the above entitled matter and hereby, gives his "Notice of Appeal," from this Court's August 15, 2005 Order, and August 17, 2005 Judgment, granting the Respondents/Defendant(s) motion to dismiss petition for writ of habeas corpus in the above cited case.

**Respectfully submitted**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

**Certification**

**28 U.S.C. §1746**

I do declare under the penalty of perjury that I caused a true copy of the within "Notice of Appeal" to be mailed this **19th** day of **August** ,**2005, interdepartmental mail,** to: Ms. Patricia A. Coyne-Fague Esquire, Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford