UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD (Petitioner) *
*
*
*
v. * C.A.No.04-527L
*
*

A.T. WALL, Director of the R.I. Dept. of Corrections, et al. (Respondent(s))

**PETITIONER'S MOTION TO HOLD DOCKETING OF APPEAL IN ABEYANCE**

Now comes Petitioner/Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable United States District Court to "Hold Docketing of Appeal in Abeyance," from this Court's August 15, 2005 Order, and August 17, 2005 Judgment, granting the Respondents/Defendant(s) motion to dismiss petition for writ of habeas corpus in the above entitled case.

Petitioner/Plaintiff, submits the attached Memorandum in Support of the instant motion.

Wherefore, Petitioner prays that this motion be granted.

**Respectfully submitted**

**Dated: August 19, 2005.**

Normand Bedford
**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMAND BEDFORD (Petitioner) | * | |
| v. | * | C.A.No.04-527L |
| A.T. WALL, Director of the R.I. Dept. of Corrections, et al. (Respondent(s) | * | Page 1 of 2 |

**PETITIONER'S MEMORANDUM IN SUPPORT OF MOTION TO HOLD DOCKETING OF APPEAL IN ABEYANCE**

Now comes Petitioner/Plaintiff, Normand Bedford, in the above entitled matter and hereby submits his "Memorandum in Support of the attached Motion to Hold Docketing of Appeal in Abeyance," from this Court's August 15, 2005 Order, and August 17, 2005 Judgment, granting the Respondents/Defendant(s) motion to dismiss petition for writ of habeas corpus in the above entitled case. The reasons are as follows:

Petitioner submits that he has several different cases still pending litigation in this Honorable Court, notwithstanding, he has other potential matters of great importance to be addressed in the United States Court of Appeals for the First Circuit. He further asserts that he is acting pro se due to former denials of counsel to represent his matters in the Rhode Island Supreme Court, as well as the forum of the United States District Court. Petitioner also posits that he has been repeatedly "denied access to the

Court(s) in the past," therefore, his other matters now pending open litigation must take priority over the instant appeal from this Court's August 15, 2005 Order, and August 17, 2005 Judgment, erroneously, granting the Respondents/Defendant(s) motion to dismiss petition for writ of habeas corpus in the case of C.A.No. 04-527L, related to "denial of access to the Court," harrassment, retaliation, and obstruction of administration of justice."

Therefore, Petitioner respectfully requests that for all of the aforementioned reasons, his instant motion to hold docketing of appeal in abeyance be granted.

**Respectfully submitted**

**Dated: August 19, 2005.**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

**Certification**

**28 U.S.C. §1746**

I do declare under the penalty of perjury that I cause a true copy of the within motion and memorandum in support of motion to hold docketing of appeal in abeyance to be mailed this **19th** day of **August**, **2005, interdepartmental mail** to: Ms. Patricia A. Coyne-Fague Esquire, Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMAND BEDFORD | ) | |
| | ) | |
| v. | ) | C.A. No. 04-527L |
| | ) | |
| A.T. WALL | ) | |

O R D E R

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian, dated March 31, 2005, is accepted and adopted, pursuant to Title 28, United States Code, Section 636(b)(1).

Therefore, the defendant's motion to dismiss this action hereby is granted.

ENTER:

Ronald R. Lagueux
Senior Judge
August 15, 2005

By Order,

Deputy Clerk
8/17/05

43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Normand Bedford<br>Plaintiff,<br><br>v.<br><br>A.T. Wall<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-527L |

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant A.T. Wall against the plaintiff Normand Bedford, in accordance with the Court's Order dated 8/15/05 granting the defendant's motion to dismiss.

Deputy Clerk
August 17, 2005

44