David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

August 26, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

05-2308

Re: Our file no. 04-527L (Your no. 05-1612)

Dear Mr. Donovan:

Please find enclosed another Notice of Appeal filed in the above captioned case. Also enclosed is a Motion to Hold docketing of appeal in abeyance.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

RECEIVED
AUG 3 0 2005
By: U.S. Court of Appeals