UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL, Director of the
R.I. Department of Corrections, et al.



## PETITIONER'S AFFIDAVIT AND CLAIM OF LIEN

**I, Affiant/Complainant, Normand L. Bedford, hereby, depose and say:**

That I am an inmate at the Rhode Island Department of Corrections Maximum Security Facility, and hereby, allege and assert that Senior Accountants' employed through the Rhode Island Department of Corrections, at 51 West Road, Cranston, Rhode Island 02920, did willfully, and deliberately steal and misappropriate Affiant's personal money from his "inmate account" in alleged violation of the "Financial Institutions Reform, Recovery and Enforcement Act of 1989 [12 U.S.C.A. §1883a]; and §951; Also, R.I. Gen. Laws §§11-41-11;§11-41-11.1; and §11-41-12. Specifically, R.I. Gen. Laws §11-41-11.1, states in pertinent part: "Any person to whom any money or other property of another shall be entrusted or delivered for a particular purpose, who shall intentionally appropriate to his or her own use that money or property, shall be deemed guilty of unlawful appropriation and shall be fined not more than fifty thousand dollars ($50.000) or three (3) times the value of the money or property thus appropriated, whichever is greater, or imprisoned not more than twenty (20) years, or both. However, if the sum or value of the property so appropriated is less than one thousand dollars ($1,000),

he or she shall be fined not more than one thousand dollars ($1,000) or imprisoned for not more than one year, or both."

Affiant's purported loss of personal property was assessed at one hundred and ten dollars and forty-four cents ($110.44), allegedly stolen and misappropriated by Senior Accountants' employed by and through the Rhode Island Department of Corrections. Wherefore, Affiant makes DEMAND FOR COMPENSATION AND PAY MENT IN THE ATTACHED CLAIM OF LIEN, in the amount of one thousand dollars ($1,000), the sum assessed in R.I. Gen. Laws §11-41-11.1; and three (3) times the amount of the loss, which amounts to three hundred and thirty-one dollars and thirty-two cents ($331.32), thus a total of one thousand three hundred and thirty-one dollars and thirty-two cents ($1,331.32), to be paid to the order of: Normand L. Bedford, P.O. Box 8273 Cranston, R.I. 02920, upon the judgment of the Court.

Affiant submits the enclosed Affidavit of Complaint filed with this Honorable U.S. Federal District Court on November 18, 2004, as Exhibit "A", in support of the instant Complaint and associated Affidavit and Claim of Lien.

## Certification

I, the undersigned hereby certify that I, caused a true copy of the within Complaint, Affidavit and Claim of Lien, and the Exhibit "A", in support thereof, to be mailed, Inter-Departmental mail, this 4th day of March ,2005, to: Patricia A. Coyne-Fague, R.I. Department of Corrections Chief Legal Counsel, 40 Howard Avenue, Cranston, R.I. 02920.

Normand L. Bedford

I, Affiant, Normand L. Bedford, hereby, depose and say under the penalty of perjury that the aforementioned declarations, and assertions within the body of the attached Complaint and Affidavit with associated Claim of Lien are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth so help me God.

**Respectfully submitted**

Normand L. Bedford

**Normand L. Bedford (Pro se**
**P.O. Box 8273**
**Cranston, RI 02920**

Subscribed and sworn before me in Cranston, Rhode Island, the County of Providence in the State of Rhode Island and Providence Plantations, this 4th day of March, 2005.

Dated: 3/4, 2005.

Clerk/Notary Public

COMMISSION EXPIRES
9-22-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL II, Director of the
R.I. Department of Corrections, et al.

**PETITIONER'S CLAIM OF LIEN**

**I, Affiant, Normand L. Bedford, hereby, depose and say:**

That due to the allegations and assertions averred in the attached Complaint and Affidavit in Support thereof, hereby, makes DEMAND FOR COMPENSATION AND PAYMENT IN THE AMOUNT OF ONE THOUSAND, THREE HUNDRED AND THIRTY-ONE DOLLARS AND THIRTY-TWO CENTS ($1,331.32), to be paid to: Normand L. Bedford, (Affiant) P.O. Box 8273 Cranston, Rhode Island 02920. Affiant's claim arises from allegations that Senior Accountants' employed by and through the Rhode Island Department of Corrections at 51 West Road, Building #138, Cranston, R.I. 02920, violated the "Financial Institutions Reform, Recovery and Enforement Act of 1989 Title 12 Sections 1883a; and §951, as well as R.I. Gen. Laws Sections 11-41-11 §11-41-11.1; and §11-41-12. Affiant submits that the aforementioned claim is enacted within the meaning, definition and promulgating authority of R.I. Gen. Laws Section 11-41-11.1. Affiant further states that the claims made are true, correct and complete, and made under the penalty of perjury, pursuant to 28 U.S.C. §1746.

## Certification

I, the undersigned hereby, certify that I, caused a true copy of the within Claim of Lien to be mailed, Inter-Departmental mail, this 4th day of March ,2005, to: Patricia A. Coyne-Fague, Chief Legal Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.

Normand L. Bedford

Normand L. Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

Subscribed and sworn before me in Cranston, Rhode Island, the County of Providence in the State of Rhode Island and Providence, Plantations, this 4th day of March ,2005.

Dated: 3/4 ,2005.

Clerk/Notary Public

COMMISSION EXPIRES
9-22-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL II, Director of the
R.I. Department of Corrections, et al.



**PETITIONER'S COMPLAINT OF THEFT OF MONIES AND MISAPPROPRIATION OF FUNDS**

Now comes Petitioner, Normand L. Bedford, and hereby, submits the instant "Complaint of theft of monies, and misappropriation of funds" involving the same in alleged violation of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 [12 U.S. C.A. §1883a]; and Section 951; Also, R.I. Gen. Laws Sections 11-41-11;§11-41-11.1; and §11-41-12, whereby, Petitioner seeks compensation for the "Unlawful appropriation" as set forth in assessment of penalty, enunciated in R.I.G.L. Section 11-41-11.1, and further stated in the attached "Affidavit and Claim of Lien." Petitioner asserts that he has exhausted all available remedies of relief, within the Rhode Island Department of Corrections Administration, whereby, no compensation has been rendered thus far. Petitioner submits the accompanying "Affidavit of Complaint" by which, he describes the allegations set forth herein, and the same of which was officially filed with this Honorable U.S. District Court on

November 18, 2004, time stamped the same. See enclosed herein, as Exhibit "A", (Petitioner's Affidavit of Complaint dated October 4, 2004, which is addressed to United States Federal District Court Chief Justice Ernest C. Torres.)

Wherefore, Petitioner seeks compensation for the theft of his personal property (monies from his inmate account), and the official misconduct (misappropriation of personal funds from his inmate account) beyond restrictive standards prescribed in [DOC] Policy 13.03, in a "corrupt endeavor" to obstruct the administration of justice in violation of 18 U.S.C. §1503, whereby, assessment is made herein, for compensation and payment, as stated in the attached "Affidavit and Claim of Lien." Therefore, Affiant requests that an Order issue out of the official seal of this Honorable U.S. District Court, for the payment of such claim.

Respectfully submitted

Normand L. Bedford

Normand L. Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

## Certification

I, the undersigned hereby certify that I, caused a true copy of the within Complaint, Affidavit and Claim of Lien to be mailed, Inter-Departmental mail, this 4th day of March, 2005, to: Patricia Coyne-Fague Esquire, Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, RI , 02920.

 Normand L. Bedford